# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00496-CV

**Richard Bartholomew, Appellant**

**v.**

**US Bank National Association, as Indenture Trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series, 2016-3, Appellee**

### FROM THE COUNTY COURT OF MILAM COUNTY
### NO. CV09636, THE HONORABLE STEVE YOUNG, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due October 7, 2019. On appellant's motions, the time for filing was extended to January 6, 2020. Appellant has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than February 5, 2020. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on January 14, 2020.

Before Chief Justice Rose, Justices Baker and Triana